Law Offices
# KARR·TUTTLE·CAMPBELL

*Founded 1904*

*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101
Telephone (206) 223-1313, Facsimile (206) 682-7100

**RECEIVED**
JUL 26  9 34 AM '04
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP. CLK.

Diana K. Carey
(206) 224-8066
dcarey@karrtuttle.com

July 22, 2004

United States Bankruptcy Court
Attn: Court Registry
1200 Sixth Avenue, Room 315
Seattle, WA 98101

> RE: **In re Edge2Net, Inc.**
> **Bankruptcy Case No. 01-21678**

Dear Court Registry:

    Enclosed please find a check in the amount of $3,042.23 for payment to the Court Registry. We attempted to send the creditor, Meridian Access Group, Inc. its pro rata payment in December, 2003. The payment was returned to our office by the United States Post Office stating that the business had moved and left no forwarding address. I am enclosing a copy of the returned envelope for your records. We made several attempts to locate the creditor and have been unsuccessful. Thus, we are entering their payment to the Registry of the Court.

    Thank you for your assistance in this matter. Please contact this office if you have any questions.

Very truly yours,

*[signature]*

Diana K. Carey

DKC:js
Enclosure - $3,042.23 Check

#514477 v1 / 32943-001

Edge2net
Summary of payments scheduled for Dec 2003

| CLAIM # | Creditor | Claim Type | Amount Scheduled | Amount of Filed Claim | Amount Allowed | Interim Dec. 2003 Distribution |
|---|---|---|---|---|---|---|
| | **Administrative Claims** | | | | | |
| 99 | US Trustee | ADMIN | | 9,250.00 | 9,250.00 | 9,250.00 |
| 122 | United Parcel Service | ADMIN | | 169.46 | 169.46 | 169.46 |
| | **Priority Claims** | | | | | |
| 14 | Thomas Pardun | Priority first $4650 | | 4,650.00 | 4,650.00 | 4,650.00 |
| 18 | Lit Cheung Yung (aka Jeff Yung) | Priority first $4650 | | 2,520.00 | 2,520.00 | 2,520.00 |
| 19 | Internal Revenue Service | Priority | 72,739.00 | 72,738.91 | 72,738.91 | 72,738.91 |
| | **Unsecured Claims** | | | | | |
| 26 | Access International | General Unsecured | 106,180.00 | 106,179.59 | 106,179.59 | 7,432.57 |
| 7 | Asia Telecom International Ltd. | General Unsecured | 68,369.00 | 71,326.95 | 71,326.95 | 4,992.89 |
| 121 | CapRock Communications | General Unsecured | 463,000.00 | 446,083.72 | 446,083.72 | 31,225.86 |
| 55 | China Motion - HK | General Unsecured | 46,315.00 | 51,315.51 | 51,315.51 | 3,592.09 |
| 102 | Columbia Capital Corp. | General Unsecured | 9,202.00 | 35,725.82 | 35,725.82 | 2,500.81 |
| 86 | Communication Technology | General Unsecured | 48,171.00 | 80,018.50 | 80,018.50 | 5,601.30 |
| 108 | Corporate Express US | General Unsecured | 4,391.00 | 4,391.43 | 4,391.43 | 307.40 |
| 87 | D.J. Perle & Associates Pty Ltd | Gen Unsec - Not Scheduled | | 2,301.20 | 2,301.20 | 161.08 |
| 39 | Emerald City Moving & Storage | General Unsecured | 2,896.00 | 2,897.82 | 2,897.82 | 202.85 |
| 47 | Fibernet | Gen Unsec - Not Scheduled | | 13,060.18 | 13,060.18 | 914.21 |
| 33 | Globecom Systems Inc. | General Unsecured | 1,214.00 | 1,214.00 | 1,214.00 | 84.98 |
| 103 | Hoffman Agency | General Unsecured | 6,000.00 | 6,000.00 | 6,000.00 | 420.00 |
| 111 | Hutchison Global Crossing | General Unsecured | 4,320.00 | 4,950.87 | 4,950.87 | 346.56 |
| 41 | Intellisec/UAC Security | General Unsecured | 3,095.00 | 3,095.07 | 3,095.07 | 216.65 |
| 40 | IXNET Hong Kong | General Unsecured | 145,161.00 | 145,161.29 | 145,161.29 | 10,161.29 |
| 100 | Kent Datacom | General Unsecured | 0.00 | 7,000.00 | 7,000.00 | 490.00 |
| 11 | Kinkos Inc. | General Unsecured | 124.00 | 123.96 | 123.96 | 8.68 |
| 49 | Lattelekom | General Unsecured | 93,889.00 | 97,694.26 | 97,694.26 | 6,838.60 |
| 45 | Locus Telecommunications | General Unsecured | 23,238.00 | 17,551.52 | 17,551.52 | 1,228.61 |
| 31 | Meridian Access Group, Inc. | General Unsecured | 43,491.00 | 43,460.47 | 43,460.47 | 3,042.23 |
| 24 | Net.world | General Unsecured | 4,200.00 | 4,200.00 | 4,200.00 | 294.00 |
| 5 | North Star Communications | General Unsecured | 118,618.00 | 118,618.00 | 118,618.00 | 8,303.26 |
| 98 | NTFC Capital Corporation | General Unsecured | 6,966,832.18 | 6,996,461.00 | 6,209,423.00 | 434,659.61 |
| 14 | Thomas Pardun | General Unsecured | | 275,350.00 | 275,350.00 | 19,274.50 |
| 54 | Paul Weiss Rifkind et al | General Unsecured | 28,763.00 | 28,763.00 | 28,763.00 | 2,013.41 |
| 12 | Peak Creative Media | General Unsecured | 5,014.00 | 5,528.27 | 5,528.27 | 386.98 |

EXHIBIT A

| # | Creditor | Class | | | |
|---|---|---|---|---|---|
| 37 | Plantscapes Inc. | General Unsecured | 544.00 | 544.44 | 544.44 | 38.11 |
| 118 | Pricewaterhouse Coopers | General Unsecured | 84,677.00 | 71,088.00 | 71,088.00 | 4,976.16 |
| 97 | Pricewaterhouse Coopers | General Unsecured | | 20,000.00 | 20,000.00 | 1,400.00 |
| 44 | Recall | General Unsecured | 198.00 | 278.00 | 278.00 | 19.46 |
| 9 | Robert Half, Inc. | General Unsecured | 12,300.00 | 12,000.00 | 12,000.00 | 840.00 |
| 56 | Roberts Rents | General Unsecured | 429.00 | 312.63 | 312.63 | 21.88 |
| 25 | Singular Int'l Development | General Unsecured | 462,023.00 | 462,022.80 | 462,022.80 | 32,341.60 |
| 34 | SNET Diversified Group Inc. | General Unsecured | 31,996.00 | 32,958.28 | 32,958.28 | 2,307.08 |
| 62 | Starhub Ptd. Ltd. | General Unsecured | 62,492.00 | 86,328.60 | 86,328.60 | 6,043.00 |
| 75 | Swidler Berlin Shereff et al | General Unsecured | 756.00 | 2,071.65 | 2,071.65 | 145.02 |
| 69 | The Cleaning Professionals | General Unsecured | 500.00 | 500.00 | 500.00 | 35.00 |
| 122 | United Parcel Service | General Unsecured | 8,076.00 | 8,532.34 | 8,532.34 | 597.26 |
| 95 | Venture Law Group | General Unsecured | 85,826.00 | 85,421.24 | 85,421.24 | 5,979.49 |
| 52 | Watson's Water | General Unsecured | 227.00 | 189.61 | 189.61 | 13.27 |
| 17 | Williams Com. Solutions nka NextiraOne LLC | General Unsecured | 403.00 | 2,333.50 | 2,333.50 | 163.35 |
| 46 | Xplorium Inc. | General Unsecured | 67,108.00 | 67,107.59 | 67,107.59 | 4,697.53 |
| 114 | Zebra Copy and Print | General Unsecured | 3,647.00 | 3,814.12 | 3,814.12 | 266.99 |

Total Payment Scheduled for December 2003    693,913.98