Law Offices

# KARR·TUTTLE ·CAMPBELL

*Founded 1904*

*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101
Telephone (206) 223-1313, Facsimile (206) 682-7100

Portland Office
Pioneer Tower, Suite 650, 888 S.W. Fifth Avenue, Portland, Oregon 97204
Telephone (503) 248-1330, Facsimile (503) 274-1211

Please reply to Seattle Office

RECEIVED
Western District of Washington
at Seattle

JUN - 8 2005

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Diana K. Carey
(206) 224-8066
dcarey@karrtuttle.com

June 7, 2005

United States Bankruptcy Court
Western District of Washington
Attn: Court Registry
700 Stewart Street, Suite 6301
Seattle, WA 98101

    RE:    **In re edge2Net, Inc.**
              **Bankruptcy Case No. 01-21678**

Dear Sir or Madam:

    Enclosed please find two checks totaling $16,632.96 for payment to the Court Registry. In accordance with the Order Approving Interim Distribution dated December 2, 2004, we sent payment to Telecom Center LA, LLC in the amount of $16,584.66, and to Hotjobs.com in the amount of $48.30 as their pro rata distribution in December, 2004. As of June 1, 2005, those checks still remained uncashed. Thus, we are entering their payment to the Registry of the Court.

    Thank you for your assistance in this matter. Please contact this office if you have any questions.

                                        Very truly yours,

                                        Diana K. Carey

DKC:js
Enclosures

#547517 v1 / 32943-001

FORM B10 (Official Form 10)(4/01)(Ver 2)

| UNITED STATES BANKRUPTCY COURT Western District of Washington | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor edge2net Inc | Case Number: 01-21678-SJS Chapter: 7 | THIS SPACE IS FOR COURT USE ONLY |
| Name of Creditor (The person or other entity to whom the debtor owes money or property): HOTJOBS.COM, LTD. Name and address where notices should be sent: HotJobs.com Attn: Julie Shermak 406 W. 31st Street, 4th Floor New York, NY 10001 Telephone number: (212) 699-5300 | [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. [ ] Check box if you have never received any notices from the bankruptcy court in this case. [ ] Check box if the address differs from the address on the envelope sent to you by the court. | JUL 3 1 2003 U.S. Bankruptcy Court |
| Account or other number by which creditor identifies debtor: 11041 SN 4964 | Check here if this claim [✓] replaces or [ ] amends a previously filed claim, dated: 11/18/2001 | |
| 1. Basis for Claim [ ] Goods sold [✓] Services performed [ ] Money loaned [ ] Personal injury/wrongful death [ ] Taxes [ ] Other _____ | [ ] Retiree benefits as defined in 11 U.S.C. § 1114(a) [ ] Wages, salaries, and compensation (fill out below) Your SS# ___-__-____ Unpaid compensation for services performed from _____ (date) to _____ (date) | |
| 2. Date debt was incurred: 7/9/01 and 10/9/01 | 3. If court judgment, date obtained: | |
| 4. Total Amount of Claim at Time Case Filed: $ 2,490.00/ex If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below. [ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. | | |
| 5. Secured Claim. [ ] Check this box if your claim is secured by collateral (including a right of setoff). Brief Description of Collateral: [ ] Real Estate [ ] Motor Vehicle [ ] Other _____ Value of Collateral: $ _____ Not Controlling: Monthly payment $ _____ Interest Rate _____ Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____ | 6. Unsecured Priority Claim. [ ] Check this box if you have an unsecured priority claim Amount entitled to priority $ _____ Specify the priority of the claim: [ ] Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3). [ ] Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4). [ ] Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6). [ ] Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7). [ ] Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8). [ ] Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___). *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. | |
| 7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. 8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. 9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | MAIL CLAIM TO: U.S. Bankruptcy Court 315 Park Place Building 1200 Sixth Avenue Seattle, WA 98101 |
| Date: 7/17/2003 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Julie Shermak    Julie I. Shermak, SVP | |
| Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. | | |

008448

FORM B10 (Official Form 10) (Rev. 4/98)

# ORIGINAL

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Edge2Net, Inc., dba Global Connect Partners | Case Number<br>01-21678 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Telecom Center LA, LLC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Name and address where notices should be sent:<br>Todd L. Padnos, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5832<br>Telephone: (213) 612-2412<br>Facsimile: (213) 612-2499 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Breach/Rejection of Lease attached hereto as Exhibit A & B.
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)

Your SS#: _____-___-_____

Unpaid compensation for services performed

from _____ to _____
(date)      (date)

**2. Date debt was incurred:**
February 12, 1999

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**    $ 247,503.18
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. See Exhibit C.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other

Value of Collateral:

Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 9,142.70
Specify the priority of the claim: 11 U.S.C. § 507 (a)(1)
- ☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(  1  ).

*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br><br>4/24/02 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): **Selina Lazarin, Regional Vice President - Real Estate Services, JMA Properties, Inc., Managing Agent for Telecom Center LA, LLC** x *Selina Lazarin* | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571