*Law Offices*
# KARR·TUTTLE·CAMPBELL

*Founded 1904*

*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101
Telephone (206) 223-1313, Facsimile (206) 682-7100

Diana K. Carey
(206) 224-8066
dcarey@karrtuttle.com

RECEIVED
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
JAN 20 2006
BANKRUPTCY COURT

January 19, 2006

United States Bankruptcy Court
Western District of Washington
Attn: Court Registry
700 Stewart Street, Suite 6301
Seattle, WA 98101

    RE: **In re edge2Net, Inc.**
          **Bankruptcy Case No. 01-21678**

Dear Sir or Madam:

Enclosed please find two checks totaling $2,635.85 for payment to the Court Registry. In accordance with the Order Approving Trustee's Final Report dated December 9, 2005, we sent payments to The Cleaning Professionals in the amount of $29.98, and to Meridian Access Group, Inc. in the amount of $2,605.87 as their final distributions. Those checks were returned to our offices by the United States Postal Service stating "unable to forward." We attempted to find sufficient addresses for each company. During our corporation search for Meridian Access Group, we found that the corporation has dissolved and no forwarding address was left. As for The Cleaning Professionals, we conducted various searches, and no sufficient address was found for that business. Thus, we are entering their payments to the Registry of the Court.

Thank you for your assistance in this matter. Please contact this office if you have any questions.

Very truly yours,

Diana K. Carey

DKC:js
Enclosures

#570325 v1 / 32943-001