**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

Form ounclfda (01/09/20)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

edge2net Inc

Debtor(s).

Case Number: 01–21678–TWD
Chapter: 7

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On February 21, 2023; an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee of Thomas E Pardun, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds, accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, sum of $596.88 held in unclaimed funds be made payable to Dilks & Knopik, LLC.

The Clerk will disburse these funds immediately.